AUSA: Ben Arad

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **<u>SEALED COMPLAINT</u>**   23mj7080 |
| v. | Violations of 18 U.S.C. §§ 115(a)(1)(B) and 2261A(2) |
| TIMOTHY GOETZE, | |
| Defendant. | COUNTY OF OFFENSES: WESTCHESTER |

SOUTHERN DISTRICT OF NEW YORK, ss.:

Karma Smith, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

## <u>COUNT ONE</u>
### (Impeding and Retaliating Against a Federal Official)

1.     On or about November 2, 2023, in the Southern District of New York and elsewhere, TIMOTHY GOETZE, the defendant, threatened to assault, kidnap, and murder a Federal law enforcement officer with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties, to wit, GOETZE threatened to snap the neck of an FBI Task Force Officer ("TFO") ("Victim-1") who previously had testified against GOETZE if Victim-1 were to operate in particular areas that are within Victim-1's remit as a federal TFO.

(Title 18, United States Code, Section 115 (a)(1)(B).)

## <u>COUNT TWO</u>
### (Interstate Stalking)

2.     On or about November 2, 2023, in the Southern District of New York and elsewhere, TIMOTHY GOETZE, the defendant, with the intent to kill, injure, harass, intimidate, and place under surveillance with intent to kill, injure, harass, and intimidate another person, used the mail, any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that placed that person in reasonable fear of the death of and serious bodily injury to that person and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person, to wit, GOETZE used an electronic communication service to threaten to kill Victim-1, which placed Victim-1 in reasonable fear of death and serious bodily injury and caused substantial emotional distress.

(Title 18, United States Code, Section 2261A(2).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3.      I am a Special Agent with the FBI, and I have been personally involved in the investigation of this matter.  This affidavit is based upon my personal participation in the investigation of this matter, my conversations with law enforcement agents, and my examination of reports and records.  Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation.  Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part.

4.      Based on my review of a criminal history report, investigation records of the Town of Greenburgh Police Department ("TGPD"), and conversations with other law enforcement officers, I have learned the following:

    a.  On or about September 19, 2019, TIMOTHY GOETZE, the defendant, was convicted after a trial of Aggravated Harassment in the Second Degree, in violation of New York Penal Law Section 240.30, after making the following anti-Semitic threat in an email to the then-Supervisor of the Town of Greenburgh, in substance and in part: "You better run and hide you stupid fucking jew.  We are coming for you and your family."

    b.  In the course of investigating that crime, Victim-1 visited GOETZE at an address on Broad Parkway in White Plains, New York.

    c.  During the trial that led to the above-described conviction, Victim-1 testified against GOETZE.  At the time he testified, he was a TFO with the FBI.

5.      Based on my review of White Plains Police Department ("WPPD") records, an information database to which the United States government has access, and discussions with other law enforcement officers, I have learned that, on or about November 2, 2023, TIMOTHY GOETZE, the defendant, placed a 911 call from a phone number associated with a relative of GOETZE, in which GOETZE made the following statements, in substance and in part:

    a.  "My name is Tim Goetz, and I'm the guy that was arrested back in 2017 by Greenburgh—in White Plains—ok, about an email that went to [the Town of Greenburgh Supervisor], ok.  So if you guys don't go over there and arrest that fucking kike for fucking with me and my family, in the, in the next fucking twenty-five minutes, ok, you are going to have a serious problem in this fucking county, ok."

    b.  "Judge [name of White Plains City Court Judge-1] and Judge [name of White Plains City Court Judge-2] know who I am.  Judge [name of New York Supreme Court, Appellate Division Justice-1] and Judge [name of New York Supreme Court, Appellate Division Justice-2] in Greenburgh know who I am.  And if those fucking cocksuckers…"

    c.  "[Name of Victim-1] if you want a name, ok, if that fucking faggot comes into [addresses associated with GOETZE on] Broad Parkway [and] Seneca Avenue in White Plains again, I'm going to fucking snap his neck."

    d.  "So Timothy Goetz, White Plains, you fuck with me again, you're all fucking dead. Ok. I didn't send that email to that fucking kike."

6.    Based on my discussions with Victim-1, I have learned that, on or about November 2, 2023, Victim-1 was a TFO with the FBI and was in fear of death or serious injury due to the above-described 911 call by TIMOTHY GOETZE, the defendant.

7.    Based on my discussions with a supervisory agent of the FBI, I know that it is within Victim-1's official duties as a Task Force Officer with the FBI to investigate crimes criminal activity in the area described by TIMOTHY GOETZE, the defendant, in his 911 call.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of TIMOTHY GOETZE, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

*/s/ Karma Smith*
(by AEK, with permission)
_____
KARMA SMITH
Special Agent
Federal Bureau of Investigation

Sworn to me through the transmission of
this Complaint by reliable electronic
means (Facetime), this 3rd day of November, 2023.

_____
THE HONORABLE ANDREW E. KRAUSE
United States Magistrate Judge
Southern District of New York